IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHRISTOPHER LEE McBEE,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO. CV205-045

(CASE NO. CR295-6)

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 26th day of August, 2005.

**SO ORDERED**, this 8th day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

CHRISTOPHER LEE MCBEE )

vs )  CASE NUMBER CV205-45 CR295-6

USA )  DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/8/05 _____, which is part of the official record of this case.

Date of Mailing: 8/8/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

<u>Name and Address</u>

AMY LEE COPELAND
CHRISTOPHER LEE MCBEE U.S. PENITENTIARY BOX 7000 FLORENCE, CO 81226

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate